The People of the State of New York, Respondent,
against
Jamie Torres, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Armando Montano, J.), rendered March 11, 2017, convicting him, upon his plea of guilty, of petit larceny, and imposing sentence.




Per Curiam.
Judgment of conviction (Armando Montano, J.), rendered March 11, 2017, affirmed.
The record establishes that the defendant's guilty plea to petit larceny (Penal Law § 155.25) was knowing, intelligent and voluntary (see People v Conceicao, 26 NY3d 375 [2015]). During the plea colloquy, defendant acknowledged the facts underlying his commission of the crime of petit larceny, stated that he had time to discuss the case and plea with his attorney, waived specific constitutional rights, including the right to trial by jury, and acknowledged that he would be sentenced to a conditional discharge requiring one day of social service, and 15 days in jail if he failed to comply. Defendant also executed a form acknowledging receipt of a written copy of the terms of the conditional discharge and its expiration date (see CPL 410.10[1]). 
In any event, the only relief defendant requests is dismissal of the accusatory instrument, rather than vacatur of the plea, and he expressly requests that this Court affirm his conviction if it does not grant dismissal. Since we do not find that dismissal would be appropriate, we affirm on this basis as well (see People v Conceicao, 26 NY3d 375 at 385 n1 [2015]; People v Teron, 139 AD3d 450 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur 
Decision Date: December 12, 2019